JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL LANCE BALLARD,<br>Petitioner,<br>v.<br>BRYAN D. PHILLIPS, WARDEN,<br>Respondent. | Case No. 5:23-cv-00673-JGB (SK)<br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation to Deny Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus under 28 U.S.C. § 2254 is denied and that this action is dismissed with prejudice.

DATED: September 23, 2026

JESUS G. BERNAL
United States District Judge